

# THE THIRTEENTH COURT OF APPEALS

13-21-00395-CV

Siegfried Pueblitz, M.D.
v.
Tom Ray Lemen

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0959-21-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appellant's amended petition for permissive interlocutory appeal concludes that appellant has not shown his entitlement to permissive interlocutory appeal. Accordingly, the amended petition for permissive interlocutory appeal is DENIED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

December 21, 2021